UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Timothy Hernandez,                                          24-cv-4603 (RER) (SJB)

                 v.                             **ORDER DISMISSING CASE**

Female Form, LLC
-------------------------------------------------------X


    The Court is in receipt of Plaintiff's letter [10] informing of a settlement in principle, contingent upon the execution of a written settlement agreement. Accordingly, the case is to be closed, subject to reopening within 60 days if the settlement is not consummated. The Clerk of the Court is directed to close the case.

SO, ORDERED.

Date: **11/4/2024**                                          s/ Ramón E. Reyes, Jr.
                                                                          UNITED STATES DISTRICT JUDGE